IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

Z. S., A CHILD,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4118

Opinion filed May 10, 2017.

An appeal from the Circuit Court for Levy County.
Stanley H. Griffis, III, Judge.

Andy Thomas, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Jason W. Rodriguez and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.